IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| HAROLD F. THIES, JR., | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3303 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION, | ) | |
| Jo Anne B. Barnhart, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the plaintiff's motion to proceed *in forma pauperis* (Filing No. 3). The plaintiff filed an affidavit in support of the motion. **See** Filing No. 4 Upon consideration,

**IT IS ORDERED:**

The plaintiff's motion to proceed *in forma pauperis* (Filing No. 3) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

DATED this 9th day of December, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge