# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HAROLD M. THIES, ) | Civil No: 4:05 CV 03303 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER FOR |
| ) | ENLARGEMENT OF TIME |
| JO ANNE B. BARNHART, ) | |
| COMMISSIONER OF THE SOCIAL ) | |
| SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

Considering the Plaintiff's Motion for Enlargement of Time.

IT IS ORDERED, that the plaintiff, Harold M. Thies, is granted until June 5, 2006 to file his Initial Brief.

Dated this 17th day of May, 2006.

s/Joseph F. Bataillon
JOSEPH F. BATAILLON, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE