**In the UNITED STATES District Court
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| HAROLD F. THIES JR., | Case No. 4:05CV3303 |
| Plaintiff, | |
| v. | |
| JO ANNE B. BARNHART, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ORDER |
| Defendant. | |

The court, having considered Harold F. Thies Jr.'s ("Plaintiff") motion for an enlargement of time to file a reply brief, Filing No. 29, and for good cause shown, hereby grants Plaintiff's motion. The deadline for Plaintiff to file its reply is hereby extended to and includes September 22, 2006.

DATED: September 13, 2006.

                                              s/Joseph F. Bataillon
                                              United States District Court Judge